UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:18-CR-00063-GZS** |
| | ) | |
| TYLER POLAND, | ) | |
| TY CONSTRUCTION, LLC, and | ) | |
| TY PROPERTIES, LLC, et al | ) | |
| | ) | |
| Defendants | ) | |

**POLAND DEFENDANTS' REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The government concedes that a hearing on Defendants' Motion to Dismiss is required but goes further and addresses both the burden of proof, and the appropriate remedy.

It is defendants' position that resolution of both those issues is premature and reserves the right to address these issues more fully, and as requested by this Court.

Dated this 11th day of August, 2019, at Portland, Maine.

Respectfully submitted,

*/s/ Thomas F. Hallett*
_____
Thomas F. Hallett, Bar No. 3142
*Attorney for Defendant*
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
Tel: 207-775-4255
thallett@hww.law

1

## CERTIFICATE OF SERVICE

I, Thomas F. Hallett, Esq., hereby certify that I have caused the above POLAND *DEFENDANTS' REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS* to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- David B. Joyce, david.joyce@usdog.gov
- USAME.ECF@usdoj.gov

Dated this 11th day of August, 2019, at Portland, Maine.

/s/ Thomas F. Hallett
_____
Thomas F. Hallett, Bar No. 3142
*Attorney for Defendant*
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
Tel: 207-775-4255
thallett@hww.law