# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:18-cr-00063-GZS |
| RICHARD DANIELS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON DEFENDANTS' MOTION
## RE: DISCOVERY (ECF NO. 408)

Before the Court is Defendants Brian Bilodeau & Brian Bilodeau, LLC (together, the "Bilodeau Defendants") Motion for Discovery (ECF No. 408). Having considered the Motion, the Government's Response (ECF No. 495), and Defendants' Reply (ECF No. 592), the Court now DENIES the Motion.

In response to the various discovery requests put forward by the Bilodeau Defendants, the Government has indicated that it will produce responsive materials, including *Brady* and *Gigilio* material. To the extent the Motion also request Jencks material, the Court incorporates its separately filed Order on the Motion for Early Disclosure of Jencks Material. In short, on the briefing presented, there is no showing that an order from this Court is required in order for the Bilodeau Defendants to obtain the responsive discovery sought. Therefore, the Motion for Discovery is DENIED without prejudice to Defendants renewing any request upon showing that the Government has not complied with the representations made in its Response.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 20th day of December, 2019.